UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIET B. BELYEU, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA HOME LOANS, et al., <br><br> Defendants. | Case No.: C 10-4738 PVT <br><br> **ORDER CONTINUING BRIEFING AND HEARING SCHEDULE; AND SETTING NEW DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On October 27, 2010, Defendants filed a motion to dismiss.[1] Pursuant to Civil Local Rule 73-1(a)(2),[2] no later than one week after that motion was filed each party was required to file either a written consent to the jurisdiction of the Magistrate Judge, or request reassignment to a District Judge.[3] None of the parties have yet done so. Therefore, based on the file herein,

IT IS HEREBY ORDERED that the hearing on the motion to dismiss is CONTINUED to January 4, 2010 at 10:00 a.m. in Courtroom 5 of this court. The deadline for Plaintiffs to file an

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[2] A copy of the court's Civil Local Rules are available from the clerk of the court, or from the "Rules" section of the court's website (www.cand.uscourts.gov).

[3] Magistrate Judges have authority to hear dispositive motions, such as the motion to dismiss, only in cases where all parties have consented to Magistrate Judge jurisdiction. *See* 28 U.S.C. § 636(c)(1).

ORDER, *page 1*

1 opposition brief is extended to December 14, 2010.[4] Plaintiffs can find information about
2 responding to the motion in the court's Handbook for Litigants Without a Lawyer, which is available
3 from the clerk of the court, or by clicking on the "Pro Se Handbook" link in the list on the right-hand
4 side of the court's website.

5     IT IS FURTHER ORDERED that Defendants may file a reply brief no later than December
6 21, 2010.

7     IT IS FURTHER ORDERED that the deadline for the parties to file either a "Consent to
8 Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United
9 States Magistrate Judge and Request for Reassignment," is extended to December 14, 2010. Both
10 forms are available from the clerk of the court, or from the "Forms" section of the court's website
11 (www.cand.uscourts.gov).

12 Dated:   *11/24/10*

13                                  PATRICIA V. TRUMBULL
14                                  United States Magistrate Judge

---

[4] Plaintiffs have not yet filed any written opposition to the motion. *See* Civ.L.R. 7-3(a) ("Any opposition to a motion must be served and filed not less than 21 days before the hearing date."). Because Plaintiffs are representing themselves *pro se*, the court finds it appropriate to extend the deadline for filing the opposition. *See, Draper v. Coombs*, 792 F.2d 915, 924 (9th Cir. 1986) (Under Ninth Circuit case law, *pro se* litigants are treated with "great leniency" when evaluating compliance with "the technical rules of civil procedure").

*Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

copies mailed on   *11/24/10*   to:

Juliet B Belyeu
7538 Fernie Court
Gilroy, CA 95020

Joe C Belyeu
7538 Fernie Court
Gilroy, CA 95020

　　　　　　　　　　　　　　　　　　　　　　/s/   Donna Kirchner   for
　　　　　　　　　　　　　　　　　　　　　OSCAR RIVERA
　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy