Juliet B. Belyeu, Pro Se
Joe C. Belyeu, Pro Se
7538 Fernie Ct.
Gilroy, CA 95020
Telephone:   408-393-7258

**BRYAN CAVE LLP**
Robert Padway, California Bar No. 48439
Deborah Goldfarb, California Bar No. 241942
Robert J. Esposito, California Bar No. 267031
Two Embarcadero Center, Suite 1410
Telephone:   415-675-3400
Facsimile:    415-675-3434
E-mail:        robert.padway@bryancave.com
                   deborah.goldfarb@bryancave.com
                   robert.esposito@bryancave.com

Attorneys for Defendants
BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP and
RECONTRUST COMPANY, N.A.

**IT IS SO ORDERED**
*Judge James Ware*
3/7/2011

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JULIET B. BELYEU, JOE C. BELYEU,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>BANK OF AMERICA HOME LOANS; BANK OF AMERICA HOME LOANS SERVICING LP; RECONTRUST CO.; and DOES 1-20 inclusive,<br><br>　　　　　　　Defendants. | Case No. 5:10-cv-04738-JW<br><br>**STIPULATION OF DISMISSAL OF COMPLAINT WITH PREJUDICE**<br><br>Judge:    Hon. James Ware |

Plaintiffs JULIET B. BELYEU and JOE C. BELYEU ("Plaintiffs") and Defendants BANK OF AMERICA, N.A. (erroneously sued as "Bank of America Home Loans"), BAC HOME LOANS SERVICING, LP (erroneously sued as "Bank of America Home Loans Servicing, LP") and RECONTRUST COMPANY, N.A. (erroneously sued as "Recontrust Co.") (collectively, "Defendants"), by and through their respective attorneys of record, stipulate as follows:

WHEREAS, Defendants removed this action to the District Court for the Northern District of California on October 20, 2010.

WHEREAS The content of this document is acceptable to all persons who have signed below.

NOW, THEREFORE, it is hereby stipulated and agreed that the Complaint is hereby dismissed pursuant to F.R.C.P. 41(a), with prejudice. The Clerk shall close this file.

IT IS SO STIPULATED.

Dated: February 28, 2011

**BRYAN CAVE LLP**
Robert A. Padway
Deborah Goldfarb
Robert J. Esposito

By:   /s/ Robert J. Esposito
        Robert J. Esposito
Attorneys for Defendants
BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP and RECONTRUST COMPANY, N.A.

Dated: February 28, 2011

By:   /s/ Juliet B, Belyeu
        Juliet B. Belyeu, Pro Se

Dated: February 28, 2011

By:   /s/ Joe C. Belyeu
        Joe C. Belyeu, Pro Se

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
201 CLAY STREET
SAN FRANCISCO, CA 94111-3907